UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
-------------------------------------------------------------------X
ALEKSEY ZYKOV a/k/a ALEX ZYKOV,           Case No. 2:21-cv-11054-CCC-JBC

      Plaintiff,           **NOTICE OF VOLUNTARY**
             **DISCONTINUANCE**
 -against-

CHARLIE CHENG-HAN TSAI,

      Defendant.
-------------------------------------------------------------------X

 PLEASE TAKE NOTICE that Plaintiff, Aleksey Zykov a/k/a Alex Zykov hereby discontinues the above-captioned action against the Defendant, Charlie Cheng-Han Tsai without costs or attorneys' fees to either party as against the other.

Dated: Garden City, New York
    June 28, 2021

             MORITT HOCK & HAMROFF LLP
             Attorneys for Plaintiff


             By: s/ *Robert M. Tils*
               Robert M. Tils, Esq.
             400 Garden City Plaza
             Garden City, NY  11530
             (516) 873-2000